# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

PERRY BATES,

      Plaintiff,

v.

TENNESSEE VALLEY AUTHORITY, BOARD OF DIRECTORS, JOE RITSCH, CHAIR OF THE TENNESSE VALLEY AUTHORITY, MEMBERS OF TVA BOARD OF DIRECTORS, BETH GEER, BETH HARWELL, BOBBY KLEIN, MICHELLE MOORE, BRIAN NOLAND, BILL RENICK, WADE WHITE.

      Defendant.

Civil Action No. 1:24-CV-39

Judge Greer
Mag. Judge Lee

Jury Trial Demand

Plaintiff files this Complaint for Damages, Declaratory and Equitable Relief, and shows the Court as follows:

## I. Preliminary Statement

1. This action seeks actual damages, declaratory, injunctive, and equitable relief, compensatory damages, and costs and attorney's fees for the discrimination and harassment suffered by Perry Bates in his treatment by Defendant.

## II. Jurisdiction

2. This action is brought for discrimination and harassment based on disability and reprisal under Title VII of the Civil Rights Act of 1964, as amended and the Rehabilitation Act. The jurisdiction of this court is invoked to secure protection and redress deprivation of rights secured by federal law which prohibits discrimination against employees.

3. The jurisdiction of this Court is invoked pursuant to its original jurisdiction over cases and controversies arising under federal law, pursuant to 28 U.S.C. § 1331, and all prerequisites to bringing this suit have been met. This suit is properly before the court.

4. Plaintiff made timely informal Equal Employment Opportunity (hereinafter "EEO") contact regarding counseling the claims at issue, and Plaintiff subsequently timely filed a formal complaint of discrimination.

5. Plaintiff received the Agency's Final Order within 90 days, and this lawsuit is filed timely thereafter.

### III. Venue

6. This action properly lies in the United States District Court for the Eastern District of Tennessee under 29 U.S.C. § 1391(b), because the claim arose in this judicial district, and pursuant to 42 U.S.C. § 2000e-5(f)(3), because the unlawful employment practice was committed in this judicial district.

IV. **Parties**

7. TENNESSEE VALLEY AUTHORITY is a governmental department. The proper party for service of process against TENNESSEE VALLEY AUTHORITY is the head of said federal department, which currently is believed to be, TVA Board of Directors, the chair of the board, Joe Ritsch, and members of the TVA Board of Directors, Beth Geer, Beth Harwell, Bobby Klein, Michelle Moore, Biran Noland, Bill Renick, and Wade White. The defendants are sued in their official capacities.

8. Plaintiff was a full-time employee with Defendant at all times relevant to this Complaint.

9. Plaintiff is a resident of Chattanooga, Tennessee and is a citizen of the United States.

V. **Facts**

10. Plaintiff, African American, who at relevant times was a qualified individual with a disability, worked as a Level 4 Maintenance Technician at the Sequoyah Nuclear Plant, and has also worked as an instructor and foreman, for the Tennessee Valley Authority starting August 1, 2001.

11. On November 28, 2017, and December 13, 2017, Plaintiff was exposed to Freon and other chemicals and was denied medical treatment.

12. From December 2017 until May 2018, Plaintiff requests for reasonable accommodation were not properly handled and/or constructively denied.

13. On December 22, 2017, Plaintiff was escorted of the property and told he would be paid.

14. On January 22, 2018, Plaintiff was charged annual leave without his approval.

15. On May 16, 2018, Plaintiff's request for reasonable accommodation was denied.

### VI. Count I: Violation of Title VII of the Civil Rights Act of 1964 based on race (harassment and disparate treatment).

16. Plaintiff incorporates by reference the proceeding paragraphs of this complaint as if fully set forth herein.

17. Any employment actions were not free from discrimination based on race and/or were because of race.

18. The harassment was severe and/or pervasive.

19. The harassment was based on race.

20. The harassment was unwelcome.

21. The harassment caused Plaintiff damages for which Defendant is responsible.

22. Defendant subjected Plaintiff to discrimination and related harassment in violation of Title VII, causing Plaintiff damages.

### VII. Count II: Violation of Title VII of the Civil Rights Act of 1964 based on reprisal (harassment and disparate treatment).

23. Plaintiff incorporates by reference the proceeding paragraphs of this complaint as if fully set forth herein.

24. Any employment actions were not free from discrimination based on reprisal and/or were because of reprisal.

25. The harassment would have dissuaded a reasonable employee from engaging in protected activity.

26. The harassment was based on reprisal.

27. The harassment was unwelcome.

28. The harassment caused Plaintiff damages for which Defendant is responsible.

29. Defendant subjected Plaintiff to discrimination and related harassment in violation of Title VII, causing Plaintiff damages.

### VIII. Count III: Violation of Rehabilitation Act based on disability (harassment and disparate treatment).

30. Plaintiff incorporates by reference the proceeding paragraphs of this complaint as if fully set forth herein.

31. Any employment actions were not free from discrimination based on disability and/or were because of disability.

32. The harassment was severe and/or pervasive.

33. The harassment was based on disability.

34. The harassment was unwelcome.

35. The harassment caused Plaintiff damages for which Defendant is responsible.

36. Defendant subjected Plaintiff to discrimination and related harassment in violation of Title VII, causing Plaintiff damages.

## IX. Prayer for Relief

37. Wherefore, Plaintiff prays that this Court:

    a. declare the conduct engaged from the Defendant to be in violation of his rights;

    b. enjoin the Defendant from engaging in such conduct;

    c. award Plaintiff actual and compensatory damages;

    d. award Plaintiff costs and attorney's fees; and

    e. grant such other relief as it may deem just and proper.

## X. Jury Demand

38. Plaintiff requests a jury trial on all questions of fact raised by this Complaint.

Respectfully submitted today, 2/1/2024,

**Perry Bates, Pro Se**

_Perry Bates_, February 1, 2024
4624 Paw Trail
Chattanooga, TN 37416
United States
plbates329@gmail.com
(423) 708-0970